UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MANFRED ROSS STOCKWELL,** **JO ANN STOCKWELL** | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-1517 (ESH) |
| **UNITED STATES,** | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Plaintiffs have filed a *pro se* complaint alleging errors by the Internal Revenue Service and seeking damages under 26 U.S.C. § 7433. Upon review of the complaint, it is apparent that the claims alleged therein are substantially similar to those of several other recently filed complaints, which this Court has dismissed owing to plaintiffs' failure to exhaust administrative remedies. *See, e.g.*, *Stephens v. United States*, No. 06-1006, Order (D.D.C. June 27, 2006). Accordingly, it is hereby

**ORDERED** that plaintiffs show cause on or before September 21, 2006, how plaintiffs have exhausted all administrative remedies, as required by 26 U.S.C. § 7433(d)(1) and 26 C.F.R. § 301.7433-1(a), (e), and attach all documentation reflecting the filing of a claim as described in 26 C.F.R. § 301.7433-1(e)(2). If plaintiffs fail to respond in timely manner and/or to demonstrate exhaustion of statutorily mandated administrative remedies, the Court will dismiss the matter without prejudice. There will be no continuances of this deadline.

2

Any response by the government must be filed on or before September 28, 2006.

**SO ORDERED**.

                                                                                                s/
                                           ELLEN SEGAL HUVELLE
                                           United States District Judge

DATE:    August 31, 2006